HRW: USAO 2019R00622

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. |
| | * | GJH 19CR497 |
| JAMAL MICHAEL COLBERT, | * | (Delay or Destruction of Mail, |
| | * | 18 U.S.C. § 1703(a)) |
| Defendant | * | |
| | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about July 31, 2019 through on or about August 3, 2019, in the District of Maryland, the defendant,

**JAMAL MICHAEL COLBERT,**

being a Postal Service employee, willfully and unlawfully did secrete, destroy, detain, and delay mail entrusted to him, and which was intended to be conveyed by mail and carried and delivered to any carrier and other employee of the Postal Service.

18 U.S.C. § 1703(a)

Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: October 21, 2019